SARAH REDMOND, Appellant, *v.* CLARA L. MILLER, Respondent, Impleaded with Another.

(Argued May 4, 1932; decided June 1, 1932.)

*William Rooney* for appellant.

*William E. Woollard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.